IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ARIEL CASSONE,<br>　　*Plaintiff*,<br><br>v.<br><br>LOUIS BLACK and<br>THE AUSTIN CHRONICLE CORP.,<br>　　*Defendants*. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:23-cv-1197<br>§<br>§<br>§<br>§ |

## PARTIES' JOINT ADR REPORT

Pursuant to Local Rule CV-88 and the Court's Scheduling Order, Plaintiff and Defendant submit the following Joint ADR Report:

**1. Status of Settlement Negotiations**: The Parties have exchanged written settlement offers, and will continue to negotiate in good faith. The Parties are currently scheduled for mediation of this matter on December 17, 2024.

**2. Identity of the Person Responsible for Settlement Negotiations**: Plaintiff's counsel, Jay D. Ellwanger, is responsible for settlement negotiations for Plaintiff. Counsel Doug Becker is responsible for settlement negotiations for Defendant Louis Black.

**3. Whether Alternative Dispute Resolution is Appropriate in the Case**: The Parties believe mediation is appropriate in this case, and are scheduled for mediation on December 17, 2024 before a mutually agreed upon mediator: Patrick Keel; 2814 Glenview Ave., Austin, Texas 78703; (512) 293-0300. The Parties have agreed to equally share the cost of mediation.

Dated: November 14, 2024                                  Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Madison R. Chilton*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jay D. Ellwanger
　　　　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24036522
　　　　　　　　　　　　　　　　　　　　　　　　　　　jellwanger@equalrights.law

1

Madison R. Chilton
Texas State Bar No. 24132727
mchilton@equalrights.law
**ELLWANGER HENDERSON LLLP**
11149 Research Blvd., Ste. 100
Austin, Texas 78759
Telephone: (737) 808-2260
Facsimile:  (737) 808-2238

**COUNSEL FOR PLAINTIFF**

*/s/ Douglas M. Becker*
Richard E Gray, III
Douglas M. Becker
Jacob Smith
GRAY BECKER, P.C.
900 West Avenue Austin, Texas 78701
Tel: (512) 482-0061
Fax: (512) 482-0924

**COUNSEL FOR DEFENDANT BLACK**

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Madison R. Chilton*
Madison R. Chilton